NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-18-0000665**
**07-MAR-2019**
**08:15 AM**

NO. CAAP-18-0000665

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

IN THE INTEREST OF JP

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-S NO. 16-00051)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Ginoza, Chief Judge, Fujise and Leonard, JJ.)

Upon consideration of the "Stipulation to Dismiss Appeal" (Stipulation) filed on February 21, 2019 by Mother-Appellant, and the records and files herein, it appears that the parties seek dismissal of the appeal, and it also appears that the appeal has been docketed, such that Rule 42(b) of the Hawai'i Rules of Appellate Procedure applies.

THEREFORE, IT IS HEREBY ORDERED that the Stipulation is approved, and the appeal is dismissed.

DATED: Honolulu, Hawai'i, March 7, 2019.

Chief Judge

Associate Judge

Associate Judge